UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FLORIDA GROWERS ASSOCIATION, INC.,** <br> **NATIONAL COUNCIL OF AGRICULTURAL EMPLOYERS,** <br> **FLORIDA CITRUS MUTUAL,** <br> **FLORIDA FRUIT & VEGETABLE ASSOCIATION,** <br> **G & F FARMS, LLC, and** <br> **FRANBERRY FARMS, LLC,** <br><br> Plaintiffs, <br><br> v. <br><br> **JULIE A. SU, Acting Secretary of Labor,** <br> **BRENT PARTON, Principal Deputy Secretary of Labor,** <br> **BRIAN PASTERNAK, Administrator of the Office of Foreign Labor Certification, and** <br> **JESSICA LOOMAN, Acting Administrator, Wage and Hour Division,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 8:23-cv-00889-CEH-CPT ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF FILING OF EXHIBITS TO BRIEF OF PROPOSED AMICI CURIAE JAMES SIMPSON, STEPHANUS DE KLERK, AND FARMWORKER JUSTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

Proposed amici James Simpson, Stephanus De Klerk, and Farmworker Justice hereby give notice of the filling of the exhibits to their proposed *amicus curiae* brief. The exhibits are filed herewith as Exhibits A through L.

Dated: May 22, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory S. Schell* <br> gschell@trla.org <br> Fla. Bar No. 287199 <br> Southern Migrant Legal Services <br> A Project of Texas RioGrande Legal Aid, Inc. <br> 9851 Daphne Ave. <br> Palm Beach Gardens, FL 33410-4734 <br> (615) 538-0725 | Michael T. Kirkpatrick <br> mkirkpatrick@citizen.org <br> D.C. Bar No. 486293 <br> Public Citizen Litigation Group <br> 1600 20th St. NW <br> Washington, DC 20009 <br> (202) 588-1000 <br> (pro hac vice motion forthcoming) <br> ATTORNEY FOR ALL MOVANTS |
| Douglas L. Stevick <br> dstevick@trla.org <br> Tex. Bar No. 00797498 <br> Texas RioGrande Legal Aid, Inc. <br> 300 S. Texas Blvd. <br> Weslaco, TX 78596 <br> (956) 982-5557 <br> (pro hac vice motion forthcoming) <br> ATTORNEYS FOR MOVANT SIMPSON | Peter Murray <br> peter.murray@smrls.org <br> Minn. Bar No. 0402764 <br> Southern Minnesota Regional Legal Services <br> 55 5th St. E., Ste. 400 <br> Saint Paul, MN 55501 <br> (651) 894-6591 <br> (pro hac vice motion forthcoming) <br> ATTORNEY FOR MOVANT DE KLERK |