UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA GROWERS ASSOCIATION, INC.,
et al.,

    *Plaintiffs*,

v.                                                                 Case No. 8:23-cv-889-CEH-CPT

JULIE A. SU, Acting Secretary of Labor,
in her official capacity, et al.,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE OF A RELATED ACTION

Pursuant to Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere."

I certify the above-captioned case is related to the following case filed in the United States District Court in the Western District of Louisiana, Lafayette Division as indicated below:

**CAPTION:**

TECHE VERMILION SUGAR CANE GROWERS ASSOCIATION, INC; CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC.; AMERICAN SUGAR CANE LEAGUE; FOUR OAKS FARM, GP; GONSOULIN FARMS, LLC; TOWNSEND BROTHERS FARM, INC.; and JOHN EARLES

vs.

JULIE A SU, Acting Secretary of Labor, in her official capacity; BRENT PARTON, Principal Deputy Assistant Secretary of Labor, in his official capacity; BRIAN PASTERNAK, Administrator of the Employment and Training Administration, Office of Foreign Labor Certification, in his official capacity; JESSICA LOOMAN, Acting Administrator, Wage and Hour Division, in her official capacity

**CASE #:** 6:23-cv-00831

**VENUE:** U.S. District Court, Western District of Louisiana, Lafayette Division

Dated: August 1, 2023

/s/   Ian J. Dankelman
Christopher J. Schulte, *Pro Hac Vice*
SMITH GAMBRELL & RUSSELL LLP
1055 Thomas Jefferson Street, NW, Suite 400,
Washington, D.C., 20007
Telephone:  (202) 263-4344
Facsimile:   (202) 263-4322
Email:         cschulte@sgrlaw.com
                  ahewitt@sgrlaw.com

Ian J. Dankelman, FBN 112349
SMITH GAMBRELL & RUSSELL, LLP
201 N. Franklin St., Suite 3550
Tampa, FL 33602
Telephone:  (813) 488-2920
Facsimile:   (813) 488-2960
Email:         idankelman@sgrlaw.com
                  daigotti@sgrlaw.com

Brad M. Johnston, *Pro Hac Vice*
SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
Telephone:  (775) 463-9500
Facsimile:   (775) 465-4032
Email:         bjohnston@shjnevada.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I filed the foregoing Plaintiffs' Notice of a Related Action via CMECF which will serve all attorneys of record.

/s/   Ian J. Dankelman
Ian J. Dankelman, FBN 112349