UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA GROWERS ASSOCIATION,
INC., et al.

    Plaintiffs,

v.   Case No. 8:23-cv-889-CEH-CPT

JULIE A. SU, Acting Secretary of
Labor, in her official capacity, et al.,

    Defendants.
_____/

## RESPONSE TO MOTION TO DISMISS

The Plaintiffs respond to the Defendants' motion to dismiss Count IV of the Amended Complaint. *See* ECF 79. Plaintiffs have carefully and studiously examined the Defendants' motion. While Plaintiffs believe that they have good arguments against the motion[1], they nevertheless recognize that under the deferential law governing the arguments related to Section 605 of the Regulatory Flexibility Act that continued litigation over Count IV of the Defendants' motion is not in the best interests of the

---

[1] Section 605(b) agency certifications of "no significant impact" are subject to judicial review of the underlying factual assertions (*Southern Offshore Fishing Ass'n v. Daley*, 995 F. Supp. 1411, 1434 (M.D. Fl. 1998)), and the Defendants' assertions as to the effect of this wage rule have already proven to be wildly inaccurate.

thousands of farmers who need a timely resolution of the remaining counts in the Plaintiffs' operative complaint.

Given the ongoing harm to Plaintiffs and their agricultural employer members, Plaintiffs will consent to the dismissal of Count IV of the Amended Complaint, but respectfully urge the Court to require Defendants to file an answer to the remaining complaint as soon as possible, so that the parties' upcoming summary judgment motions can be filed on the schedule set by the Court, without any further delay. The Defendants have had 13 months to prepare an answer to those claims and have already answered similar claims in litigation pending in the Western District of North Carolina. An answer should be able to be filed in short order, and Plaintiffs would ask that the Court direct that to happen.

Dated: May 17, 2024

FLORIDA GROWERS ASSOCIATION, INC.;
NATIONAL COUNCIL OF AGRICULTURAL EMPLOYERS;
FLORIDA CITRUS MUTUAL;
FLORIDA FRUIT AND VEGETABLE ASSOCIATION; G&F FARMS, LLC, AND FRANBERRY FARMS, LLC

By:/s/ *Christopher J. Schulte*
Christopher J. Schulte, *Pro Hac Vice*
Ian J. Dankelman, FBN 112439
SMITH GAMBRELL & RUSSELL LLP
201 N. Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: (813) 488-2920

        Facsimile:  (813) 488-2960
        Email:      idankelman@sgrlaw.com
                     cschulte@sgrlaw.com
                     daigotti@sgrlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I filed the foregoing *Response to Motion to Dismiss* via CMECF which will serve all attorneys of record.

                          By: */s/   Christopher J. Schulte*
                              Attorney